UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| DUPREE LANGSTON,<br><br>    Plaintiff,<br><br>    v.<br><br>GONZALEZ,<br><br>    Defendant. | Case No. 2:23-cv-04212-DOC-JDE<br><br>ORDER ACCEPTING FINDINGS AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE |

Per 28 U.S.C. § 636, the Court has reviewed the records on file, including the Complaint (Dkt. 1); the Notice of Election filed by Plaintiff Dupree Langston ("Plaintiff") (Dkt. 6); the Motion for Summary Judgment filed by Defendant Gonzalez ("Defendant") (Dkt. 43, "Defendant's Motion") and all supporting and opposing papers; Plaintiff's Cross-Motion for Summary Judgment (Dkt. 47, "Plaintiff's Motion") and all supporting and opposing papers; the Report and Recommendation of the magistrate judge (Dkt. 57, "Report"); and Plaintiff's untimely objection to the Report. Having conducted a de novo review of the matters in the Report objected to by Plaintiff, the Court approves and adopts the Report.

1 Therefore, IT IS HEREBY ORDERED that:

2     (1)    Defendant's Motion (Dkt. 43) is GRANTED;

3     (2)    Plaintiff's Motion (Dkt. 47) is DENIED; and

4     (3)    Judgment shall be entered dismissing this action with prejudice.

Dated: June 30, 2025

*David O. Carter*
DAVID O. CARTER
United States District Judge