JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| DUPREE LANGSTON,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>GONZALEZ,<br><br>　　　　　Defendant. | Case No. 2:23-cv-04212-DOC-JDE<br><br>JUDGMENT |

　　Pursuant to the Order Accepting Findings and Recommendation of United States Magistrate Judge,

　　IT IS HEREBY ORDERED, ADJUDGED AND DECREED THAT all claims asserted by Plaintiff in this action are DISMISSED with prejudice.

Dated:  June 30, 2025

　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　DAVID O. CARTER
　　　　　　　　　　　　　　　　　United States District Judge